IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JATESE WILLIAMS,

        Plaintiff,

vs.                                        Civil File No. 2:12-cv-02002-KHV-KGG

STELLAR RECOVERY, INC.,

        Defendant.

---

## NOTICE OF SETTLEMENT

---

COMES NOW Plaintiff by and through her attorney J. Mark Meinhardt and for her Notice of Settlement, hereby states as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will file a Stipulation of Dismissal with Prejudice with each party to pay their or its own attorney's fees and costs once the settlement documents have been executed by the parties and delivered to all counsel and the Plaintiff has received the settlement funds. The parties expect this to happen within the next sixty (60) days.

                                                Respectfully submitted,

Dated: July 25, 2012                By: s/ J. Mark Meinhardt
                                                J. Mark Meinhardt KS # 20245
                                                9400 Reeds Road, Suite 210
                                                Overland Park, KS 66207
                                                Office:      (913) 451-9797
                                                Fax:        (913) 451-6163
                                                mark@meinhardtlaw.com
                                                **ATTORNEY FOR PLAINTIFF**